**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| GEICO CORPORATION<br>GOVERNMENT EMPLOYEES INSURANCE COMPANY<br>GEICO GENERAL INSURANCE COMPANY<br>GEICO INDEMNITY COMPANY<br>GEICO CASUALTY COMPANY<br>GEICO ADVANTAGE INSURANCE COMPANY<br>GEICO CHOICE INSURANCE COMPANY<br>GEICO SECURE INSURANCE COMPANY<br>GEICO COUNTY MUTUAL INSURANCE COMPANY<br><br>      *Plaintiffs*<br>v.<br><br>Aisan Industry Co., Ltd.<br>Franklin Precision Industry, Inc.<br>Aisan Corporation of America<br>Hyundam Industrial Co., Ltd.<br>ALPHA Corporation<br>Alpha Technology Corporation<br>Alps Electric Co., Ltd.<br>Alps Electric (North America), Inc.<br>Alps Automotive Inc.<br>Robert Bosch GmbH<br>Robert Bosch LLC<br>Bridgestone Corporation<br>Bridgestone APM Company<br>Calsonic Kansei Corporation<br>Calsonic Kansei North America, Inc.<br>Chiyoda Manufacturing Corporation<br>Chiyoda USA Corporation<br>Continental Automotive Electronics LLC<br>Continental Automotive Korea Ltd<br>Continental Automotive Systems, Inc.<br>Diamond Electric Mfg. Co., Ltd.<br>Diamond Electric Mfg. Corporation<br>Eberspächer Exhaust Technology GmbH & Co. KG<br>Eberspächer North America Inc.<br>Faurecia Abgastechnik GmbH<br>Faurecia Systèmes d'Échappement<br>Faurecia Emissions Control Technologies, USA, LLC<br>Faurecia Emissions Control Systems, N.A. LLC f/k/a Faurecia Exhaust Systems, Inc.<br>Hitachi Automotive Systems, Ltd.<br>Hitachi Metals, Ltd.<br>Hitachi Cable America Inc. | Case No. 2:18-cv-12210<br><br>Judge: Hon. Marianne O. Battani<br><br>Magistrate Judge: Hon. Mona K. Majzoub<br><br>**<u>ORDER GRANTING GEICO'S EXPEDITED MOTION TO EXTEND DEADLINE FOR SERVICE OF SUMMONS</u>** |

Hitachi Metals America, Ltd.
INOAC Corporation
INOAC Group North America, LLC
INOAC USA Inc.
JTEKT Corporation
JTEKT Automotive North America, Inc.
JTEKT North America Corp.
Kiekert AG
Kiekert U.S.A., Inc.
Koito Manufacturing Co., Ltd.
North American Lighting, Inc.
MAHLE Behr GmbH & Co. KG
MAHLE Behr USA Inc.
MITSUBA Corporation
American Mitsuba Corporation
Nachi-Fujikoshi Corp.
Nachi America Inc.
NGK Insulators, Ltd.
NGK Automotive Ceramics USA, Inc.
NGK Spark Plug Co., Ltd.
NTK Spark Plugs (U.S.A.), Inc.
Nishikawa Rubber Company, Ltd.
NTN Corporation
NTN USA Corporation
Sanden Automotive Components Corporation
Sanden Automotive Climate Systems Corporation
Sanden International (U.S.A.) Inc.
SKF USA Inc.
Stanley Electric Co., Ltd.
Stanley Electric U.S. Co., Inc.
II Stanley Co., Inc.
Tenneco Inc.
Tenneco GmbH
Tenneco Automotive Operating Co., Inc.
Toyo Tire & Rubber Co. Ltd.
Toyo Tire North America OE Sales LLC
Toyo Automotive Parts (U.S.A.), Inc.
Usui Kokusai Sangyo Kaisha, Ltd.
Usui International Corporation
Valeo S.A.
Yamada Manufacturing Co. Ltd.
Yamada North America, Inc.
Yamashita Rubber Co., Ltd.
YUSA Corporation

   *Defendants.*

3

THIS MATTER having come before the Court on GEICO's Expedited Motion to Extend Deadline for Service of Summons and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that:

GEICO's deadline to complete service of process in this action is extended to 90 days after the Court enters an order regarding the filing of amended complaints in *GEICO Corp. et al. v. Autoliv, Inc. et al.*, No. 16-13189.

Date:  October 15, 2018      s/Marianne O. Battani
                              MARIANNE O. BATTANI
                              United States District Judge